IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIDAX, Incorporated ) | |
| ) | |
| a Massachusetts Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04 - 10926 NMG |
| ) | |
| ETA /Cuisenaire, a division of A. ) | |
| Daigger & Company, Incorporated ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

**MEMORANDUM INCORPORATED**

Plaintiff, DIDAX, Incorporated, hereby moves this Court for a sixty (60) day extension of time from September 7, 2004 to November 6, 2004 to serve the summons and complaint filed on May 10, 2004. The basis for this motion, as stated in the accompanying affidavit, is that the plaintiff has not received any additional threats from the defendant regarding infringement of U.S. Patent No. 6,685,477.

1

Civil Action No. 04 - 10926 NMG

Plaintiff respectfully asks this Court for an extension of the time to serve the summons and complaint to November 6, 2004 to give the plaintiff additional time to determine whether this matter will resolve itself without the need for litigation.

Respectfully submitted,

Dated: September 3, 2004

By /s/ Herbert L. Bello
Herbert L. Bello  (BBO# 036620)
Scott P. Murphy  (BBO# 555212)
One Hollis Street
Wellesley, Massachusetts  02482
Telephone: (781) 235-4457
Facsimile: (781) 235-6448
Attorneys for Plaintiff, DIDAX, Incorporated

38111.ext.wpd

2