## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIDAX, Incorporated )<br>)<br>a Massachusetts Corporation, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ETA /Cuisenaire, a division of A. )<br>Daigger & Company, Incorporated )<br>)<br>)<br>)<br>    Defendant. )<br>_____) | Civil Action No. 04 - 10926 NMG |

### AFFIDAVIT OF HERBERT L. BELLO

Herbert L. Bello, under oath, does depose and state the following:

1. I am one of the attorneys of record for the plaintiff, DIDAX, Incorporated, in the above-captioned action. I make this affidavit based upon my own personal knowledge, and in support of the motion of the plaintiff for an extension of time to serve the summons and complaint.

2. The plaintiff filed its complaint on May 10, 2004.

3. Service of the summons and complaint is due by September 7, 2004.

4. In discussing this matter with Brian Scarlett, president of DIDAX, Incorporated, I have been informed that plaintiff has not received any additional threats from defendant regarding infringement of U.S. Patent No. 6,685,477.

5. The plaintiff believes that this matter may resolve itself without the need for litigation.

Civil Action No. 04 - 10926 NMG

6. Service of the summons and complaint will not allow this matter to resolve itself without involvement of the Court.

7. The purpose of the extension request is to permit a further time period to see if this matter will resolve itself without litigation.

Signed under the pains and penalties of perjury this third day of September 2004

_____
Herbert L. Bello

38111hlb.aff