IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIDAX, Incorporated ) <br> ) <br> a Massachusetts Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ETA /Cuisenaire, a division of A. ) <br> Daigger & Company, Incorporated ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04 - 10926 NMG |

**MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

**MEMORANDUM INCORPORATED**

Plaintiff, DIDAX, Incorporated, hereby moves this Court for a further sixty (60) day extension of time to serve the summons and complaint from November 6, 2004 to January 5, 2005. The basis for this motion, as stated in the accompanying affidavit, is that the plaintiff has not received any additional threats from the defendant regarding infringement of U.S. Patent No. 6,685,477.

1

Civil Action No. 04 - 10926 NMG

Plaintiff respectfully asks this Court for an extension of the time to serve the summons and complaint to January 5, 2005 to give the plaintiff additional time to determine whether this matter will resolve itself without the need for litigation.

Respectfully submitted,

Dated: November 5, 2004

By: *[signature]*
Herbert L. Bello (BBO# 036620)
Scott P. Murphy (BBO# 555212)
One Hollis Street
Wellesley, Massachusetts 02482
Telephone: (781) 235-4457
Facsimile: (781) 235-6448
Attorneys for Plaintiff, DIDAX, Incorporated

38111.ext.wpd