**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DIDAX, Incorporated, )<br><br>)<br><br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ETA /Cuisenaire, a division of A. )<br>Daigger & Company, Incorporated, )<br>)<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 04 - 10926 NMG |

## MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT

## MEMORANDUM INCORPORATED

Plaintiff, DIDAX, Incorporated, hereby moves this Court for a further one hundred and twenty-five day extension of time to serve the summons and complaint from January 5, 2005 to May 10, 2005. The basis for this motion, as stated in the accompanying affidavit, is that the plaintiff has not received any additional threats from the defendant regarding infringement of U.S. Patent No. 6,685,477. Plaintiff will be attending the International Reading Association Show to be held in San Antonio, Texas on May 1, 2005 through May 5, 2005. Plaintiff believes that defendant will be at the show. If no threats are made against plaintiff regarding the subject matter of this action, plaintiff intends to dismiss the action.

1

Didax, Incorporated

vs.

ETA /Cuisenaire, a division of A.
Daigger & Company, Incorporated

Civil Action No. 04 - 10926 NMG

Plaintiff respectfully asks this Court for an extension of the time to serve the summons and complaint to May 10, 2005 to give the plaintiff additional time to determine whether this matter will resolve itself without the need for litigation.

Respectfully submitted,

Dated:  January 4, 2005

By_____

Herbert L. Bello  (BBO# 036620)
Scott P. Murphy  (BBO# 555212)
One Hollis Street
Wellesley, Massachusetts  02482
Telephone: (781) 235-4457
Facsimile: (781) 235-6448
Attorneys for Plaintiff, DIDAX, Incorporated

38111a.ext.wpd