IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIDAX, Incorporated,<br><br>    Plaintiff,<br><br>vs.<br><br>ETA /Cuisenaire, a division of A.<br>Daigger & Company, Incorporated,<br><br>    Defendant. | Civil Action No. 04 - 10926 NMG |

## AFFIDAVIT OF HERBERT L. BELLO

Herbert L. Bello, under oath, does depose and state the following:

1. I am one of the attorneys of record for the plaintiff, DIDAX, Incorporated, in the above-captioned action. I make this affidavit based upon my own personal knowledge, and in support of the motion of the plaintiff for an extension of time to serve the summons and complaint.

2. A motion for extension of time to serve the complaint has been granted and service is due by January 5, 2005.

3. In discussing this matter with Brian Scarlett, president of DIDAX, Incorporated, I have been informed that plaintiff has not received any additional threats from defendant regarding infringement of U.S. Patent No. 6,685,477.

4. The plaintiff believes that this matter may resolve itself without the need for litigation.

Civil Action No. 04 - 10926 NMG

5. Brian Scarlett, president of DIDAX, Incorporated, has informed the undersigned that he intends to dismiss this action without making service if no threats are made against Didax, Incorporated at the upcoming International Reading Association Show to be held in San Antonio, Texas on May 1, 2005 through May 5, 2005. Plaintiff believes that defendant will be at the trade show.

6. Service of the summons and complaint will not allow this matter to resolve itself without involvement of the Court.

7. The purpose of the motion requesting additional time to serve the complaint is to see if this matter will resolve itself without litigation.

Signed under the pains and penalties of perjury this fourth day of January 2005.

_____
Herbert L. Bello

38111hlb3 aff.wpd