## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIDAX, Incorporated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04 - 10926 NMG |
| ) | |
| ETA /Cuisenaire, a division of A. ) | |
| Daigger & Company, Incorporated, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The plaintiff hereby voluntary dismisses without prejudice the above captioned civil action.

Plaintiff did not serve the defendant because the defendant has not made further threats to the plaintiff regarding infringement of U.S. Patent No. 6,685,477.

Since defendant has made no further threats against the plaintiff, plaintiff has decided to voluntarily dismiss this action without prejudice and hereby gives Notice of Voluntary Dismissal Without Prejudice.

Respectfully submitted,

Dated: May 9, 2005    By_____
Herbert L. Bello  (BBO# 036620)
Scott P. Murphy  (BBO# 555212)
One Hollis Street
Wellesley, Massachusetts 02482
Telephone: (781) 235-4457
Facsimile: (781) 235-6448
Attorneys for Plaintiff, DIDAX, Incorporated

38111dismiss.wpd